Darron DEAN, Appellant,

v.

John AULT, Warden; Scott Stevens, Counselor; Marty Rung, Unit Manager; Iowa Department of Corrections; Dave DeGrange, Grievance Officer; Roger Larson, Treatment Director; Sheryl Lockwood, Assistant Deputy Director–Eastern Region, Appellees.

No. 08–3008.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 28, 2009.

Filed: Aug. 31, 2009.

Darron Dean, Fort Madison, IA, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Iowa inmate Darron Dean appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We reviewed the district court's fact findings for clear error and its conclusions of law de novo, and conclude that dismissal

[1]. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

was proper for the reasons stated by the district court. *See* 42 U.S.C. § 1997e(a) (no action shall be brought with respect to prison conditions until such administrative remedies as are available are exhausted); *Johnson v. Jones*, 340 F.3d 624, 626 (8th Cir.2003) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.